## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LA'KEYA KEO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-6639** |
| | : | |
| **LANCASTER BEHAVIORAL** | : | |
| **HEALTH HOSPITAL,** | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 17th day of March, 2025, upon consideration of Plaintiff La'Keya Keo's *pro se* Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 11) and Complaint (ECF No. 1), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* (ECF No. 11) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    Keo's Complaint (ECF No. 1) is **DISMISSED**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a.  All state claims are **DISMISSED WITHOUT PREJUDICE** to Keo filing any such claims in state court if she seeks to do so; and

    b.  All federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

4.    The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**